IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY J WILLIAMS,

    Plaintiff,
v.                                                      CASE NO. 1:18-cv-244-MW-GRJ

A JONES, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed as a pauper.  ECF Nos. 1, 2.  Plaintiff's motion for leave to proceed as a pauper is deficient because his account statement is not certified by a prison official and does not cover the full six-month period preceding the filing of the Complaint. The Court ordered Plaintiff to correct these deficiencies on or before January 17, 2019 and warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed for failure to comply with an order of the Court.  ECF No. 4.  The Court granted Plaintiff an extension of time to comply until February 25, 2019, and again warned Plaintiff of the consequences of failure to comply.  ECF No. 8.  As of this date, Plaintiff has neither complied with the order nor sought additional time to comply.  It

therefore appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 5th day of March 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**