IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY J. WILLIAMS,

v.  Case No. 1:18cv244-MW/GRJ

A. JONES, et al.

        Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. There were no objections. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is dismissed for failure to comply with an order of the Court and for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on April 23, 2019.**

                                        s/Mark E. Walker           
                                        **Chief United States District Judge**